# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158302(53)

MEEMIC INSURANCE COMPANY,
      Plaintiff/Counterdefendant-
      Appellant,

v

LOUISE M. FORTSON and RICHARD A.
FORTSON, Individually and as Conservator
for JUSTIN FORTSON,
      Defendants/Counterplaintiffs-
      Appellees.

SC: 158302
COA: 337728
Berrien CC: 2014-000260-CK

_____/

On order of the Chief Justice, the motion of defendants/counterplaintiffs- appellees to extend the time for filing their brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before September 11, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____ August 16, 2019 _____    

                                  Clerk